

Clerk of Court of United States District Court

For United States District Court
Middle District of Florida

Private and Priority
Trust Matter
Petition for Redress of Injury

**This cause is not intended for public consumption and is non- statutory petition in equity**

United States as Plaintiff

Decker, Rachelle Elizabeth
Briscoe, Akkima Dannielle
V

County of Charlotte ( Duns # **040223463** )

Cause of Action is Replevin and Conversion
Under Takings Clause by Federal Question

Jurisdiction is Federal Question Arising under National Law and the Constitution of the United States of America

### Statement of Claim

*Actus judiciarius coram non jxtdice irritus habetur.*
*Sic utere tuo ut alienum non ladas.*

Beneficial owners claim that Charlotte County has taken, without just compensation, private assets, property and rights associated and has permanently deprived the beneficial owners of the right to permanently physically occupy the asset, appropriated it to someone else including lands, personal property and other property to the confiscation of lesser and improper interests of the property. Additionally, recognized interests, such as easements, leases, life estates, and remainders as well as intangible property, intellectual property, and some without

public use have been taken without consent, against the claims of the beneficial owners.

Beneficial Owners aver that they have a reasonable expectation of privacy and the right to be let alone from intrusion and the defendant acted against the rights of the beneficial owners shortly after the claims held in trust were made by notice to the world.

Petitioners have made proper claims to Parcel ID# 402209485003, properly entitled, And Parcel # ID, 412306414007 and have given proper notice with consideration made to and for the United States on statement of claim.

Beneficial owners have not received at minimum, fair market value nor reciprocal or return benefit. Instead, the petitioners, after having given adequate consideration to the United States by and through Charlotte County, have been at the receiving end of repeated acts by the defendant and their agents resulting in irreparable injury at the hands of the defendant and its officers.

Beneficial Owners as Subrogor(s) aver that Charlotte County and its agents and officers have violated the constitutional rights of the beneficial owners, primarily taking of private property for public use without just compensation, along with the right of the people to be secure in their persons, houses, papers and effects, against unreasonable search and seizures, protections against arbitrary arrests, violations of due process, deprivation of property, life and liberty. Further, beneficial owners aver per the rights of the people, No person shall be a Senator or Representative in Congress, or elector of President and Vice President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof.

Beneficial owners' aver that the defendant's officials maintain oaths of office, yet aid in the

insurrection of the same by means of fraud, use of fictions false statements and swindle under use of fictitious names and other unlawful misrepresentation, to the injury of the Beneficial owners and others and beneficial owners aver that defendant has acted to cause them to do the same against the interests of the United States properly, to their detriment.

Further, cruel and unusual punishment has occurred against Beneficial owners who were unlawfully removed by Charlotte County and its agents, beneficial owner, Decker, Rachelle Elizabeth was fraudulently evicted on what appears to be multiple dates ranging from May 20th, May 23rd, May 24th, to May 25th, without the proper chance to be heard individually, restricted in appearance in Charlotte County court to be accompanied by a BAR member which is unlawful.

On the same day, May 24th, where a fraudulent arraignment hearing was filed, under fraudulent pretenses and fictitious names, as enemies, after beneficial owner, Decker, Rachelle Elizabeth's children were unlawfully taken by fraudulent acts, against lawful claims, and was created as a cause, all under fraudulent misrepresentation in violation of beneficial owners right of claim. Charlotte County has allowed for these fraudulent filings to occur, receive seal, and commence within their records and through United States Postal Service law resulting in a mail fraud question under the Inspector Generals Office.

Statement of claim filed on April 13, 2022, with Decker, Rachelle Elizabeth entailed all ownership rights of all three issues / bonds/ estates in connection and issued to children, taken shortly after the filing and held under fraudulent contract and claim at the initiation of the defendant Charlotte County and its agents.

Acts inconsistent with lawful due process are visible here and beneficial owners are entitled to relief and enforcement of their right against any further intrusion, injury or offense by those acting in opposition to the interests of the United States.

Beneficial owners aver that County of Charlotte and its agents and actors in official and

fiduciary capacity violated the rights of the beneficial owners' and acted inconsistent and against the interests of the United States, and did act to conspire to injure the constitutional rights of the beneficial owners for reasons unknown, but appear to be stemming from the lawful claims filed by the beneficial owners beginning on April 13, 2022.

Defendants have acted to cause such irreparable injury to the point where total loss, including homelessness is the result of to two claimants and their families at two different towns beginning on the same day, marking a clear intent to target both claimants and act against their right to life, liberty, property and other rights, hereby assigned to the United States.

Defendant and its officials maintain that they are in, by county charter, lawful possession of the region granted by the State of Florida, however, when the beneficial owners traveled to the Secretary of State to obtain a certified copy of the Charlotte County corporate charter, they were given a certified copy of a land grant, to which the current metes and bounds consist of the following: ( see Charlotte County, created and established hereby, shall comprised and include all that territory now situated in the county of DeSoto, described and bounded as follows, to wit: Beginning at the Northeast corner of Township 40 South, range 27 East, in DeSoto County running thence South o Range line dividing ranges 27 and 28 to the Township line dividing Townships 42 and 43 to Lee County; running thence West on said Township line to the waters of the Gulf of Mexico; running thence Northerly and Westerly along said Gulf of Mexico, to the intersection therewith of the Township line dividing Townships 40 and 41; running thence North on the Range line dividing Ranges 20 and 21 to the Northwest corner of Township 40 South Range 21 East; running thence East on Township line dividing Townships 39 and 40 to the place of the Beginning.)

The Beneficial Owners as subrogors maintain that these metes and bounds do not show where there is a lawful corporate charter resting upon the lands of the certified document and requests clarification and documents of ratification by the defendant where their right to act upon these lands are permitted by this United States.

Officials of Charlotte County are in possession of property held in trust intended for assignment and delivery to United States, and did intend to violate the rights of the beneficial owners and did aid in the fraudulent sale of the home without any true metes and bounds of the home to improper fictitious parties against the proper interests of the beneficial owner, and to which beneficial owner Briscoe, Akkima Dannielle had a priority interest in.

Beneficial owner, states that Charlotte County Sherriffs Department and Animal Control and others and did, on April 14th, sell the home without adding beneficial owner as a party to the case and did violate the then home of the Briscoe, Akkima Dannielle, claimant, by aiding the unlawful entering the home without a valid court order and did act to and aid the taking of the beneficial owners belongings, pets and other valuable items, held under claim, valued at 100,000,000.00 and did act to and aid with the locking the beneficial from her home without a writ of posession nor proper procedure for eviction, and did do these acts without due process, leaving beneficial owner at a total loss of right to the home, papers, possessions, privacy and effects causing total destruction of the right of the beneficial owner.
Briscoe, Akkima Dannielle, having already made claims to pets, was violated, her pets taken and refused to have been returned, and are now scattered about in pet stores, including Pet Smart, websites, sold by Charlotte County ( non profit) Animal Welfare League and taken with the aid of Charlotte County Animal Control, all acting in concert against the right and claim of the beneficial Owner, Briscoe, Akkima Dannielle.

To this day, Beneficial Owner, Briscoe, Akkima Dannielles belongings have been disposed of unlawfully, pets removed and or destroyed, trust property damaged beyond repair, and was never properly or otherwise evicted or proceedings of ejectment had, nor any proper writ of possession issied against her, yet the home was never intended to be abandoned. Beneficial Owner is restrained unlawfully on 4000.00 bond under the threat of arrest and incarceration by actors in Sarasota County, and was held away from her home under threat of arrest, leading to total and complete loss of private trust property and the allowing of a trust to fail by county officials and others acting against the right of the beneficial owner. This is a gross breach of trust as assigned.

Beneficial owner was restrained further from access to the court without the use of BAR counsel, further violating the beneficial owners' right to oppose any sale of her home to which she held piority right and estate thereof, and to utilize court for redress of injury to her person and property. Charlotte county is in the possession of the inherent substantial good necessary for federal question and intended to be received by The United States as endorsed and assigned.

Because of the violations done in a manner consistent with fraud and conspiracy against rights and against and in opposition to the interests of the United States under colorable practice, Briscoe, Akkima Dannielle, was arrested on a false identity and fraudulent warrant signed by those acting under color of law on Thursday May 5th, and held on (2) 2000.00 bonds done in bad faith mirroring the guarantee against excessive fees and fines by Sarasota County, at the charge of attorney Kevin Hindson, and against his oath and the interests of the United States and actions which constitute a levy against the assignment and payment to the same. Beneficial owner Is without speedy effective remedy at law and has been subjected to treasonous acts against the interests of the United States and coerced to act to her detriment by those claiming to be acting without color of law.

Decker, Rachelle Elizabeth, of 410 East Helen Ave, at Punta Gorda experienced similar violations on April 12th and April 14th, where the County of Charlotte did enter the home of Decker, Rachelle Elizabeth, without lawful warrant, against the right to be free from search and seizure, and Charlotte County did allow Sherriffs alongside conspirator, Carolyn Casey, who did intend to remove Decker, Rachelle Elizabeths children from her by force, into the home without consent of Decker, Rachelle Elizabeth, and did remove pets, and did take action to bar from right of redress of injury to the the courts without bar attorney representation.

To Further the violation of right, County of Charlotte did issue an unlawful secret order to " Baker Act" beneficial owner against the will, and did unlawfully administer private trust and did cause to be captured beneficial owner and hold, medicate and unlawfully restrain for 8 days causing further irreparable injury to her person as well as with the aid of Carolyn Casey,

decedent and informant upon the vital record, who signed the order in an act to conspire to violate the Decker, Rachelle Elizabeth's right to parent her children without intrusion.

County of Charlotte then, on May 5th, did act to take and hold the three children of Decker, Rachelle Elizabeth without warrant, and with the aid of agency known as Florida Department of Children and Families who did violate the trust of beneficial owner #2 and make an unlawful claim upon the children of Decker, Rachelle Elizabeth.

To further the injury, the county of Charlotte did act in concert to unlawfully evict beneficial Decker, Rachelle Elizabeth on the same day where Decker, Rachelle Elizabeth was called under fictitious name to be arraigned ( may 24th) in the same court where Decker, Rachelle Elizabeth was barred from acting without BAR representation resuting in further miscarriage of justice under cruel and unusual punishment for her excersizing of constitutional rights.

Briscoe, Akkima Dannielle, has found her pets for sale at Pet Supermarket available only for adoption by the same organization who were directly involved in taking them from the home on 20995 Lawson Avenue in Port Charlotte, Florida to which beneficial owner still has the right to lawfully possess and occupy and was unlawfully removed and her belongings destroyed at the acts of Charlotte County and its actors against the right of the beneficial owner and the interests assigned to the United States.

Decker, Rachelle Elizabeth's cats are unable to be located at this time causing further injury to the Beneficial owners' right to be let alone from government intrusion.

## Request for Relief

That the property unlawfully taken without just compensation be immediately replevied by assignee/ prommisor and/ or the value of the same be immediately provided and returned, and beneficial owners be wholly protected by this federal court until the conclusion of the cause and that the constitutional guarantees be enforced by this court against further injury to the

beneficial owners' and privacy of the same be enforced. Further that all property be reconverted back to the proper owners, wherever records and property may be found. That all properties stemming fro the property of the beneficial owners be subject to equitable tracing and the parcel ID's and all other claimed trust res assiged be immediately traced and restored to the beneficial owners or this court show cause why this cannot occur and be expedited upon the beneficial owners waiver of notice after assigment of all right to the United States.

That all debtors in possession of the lands upon each Parcel ID claimed be immediately removed from the lands and the beneficial owners be immediately restored to those lands and homes and improvements to possess alongside rents and with all rights, mineral, easements, water rights, privacy rights, and all other right paired with the estates of the beneficial owners and lineage directly connected by lineal dissent and sanguine relation.

Because of the provision where **The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States;** and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State, beneficial owners' avers that upon the land records maintained by the Secretary of State, metes and bounds of Charlotte County, that these lands too be replevied due to lack of evidence showing that any ratification or proper commencement has occurred upon the lands and metes and bounds and repeated constitutional offenses by those in possession of the lands and prove ratification to this court.

Further, that beneficial owners be immediately restored to position prior to the takings, including automobiles first taken by Charlotte County and other violations of right which shall be subrogated in accordance with equitable relief. That all restoration right due be subject to equitable tracing and the jurisdiction be enlarged to encompass all property held within the United States, and each state thereof, wherever it may be and immediately returned to the beneficial owners and that any other relief that this court deems just be afforded to the beneficial owners as witnesses to aid in the matters with respect to the enforcement of equitable right to property, including:

The term "property" as used in this notice, includes everything that is the subject of exclusive individual ownership; or, to be more specific, includes, not only lands houses, goods and chattels, rights and credits, but, also a mans person, and his wife and minor children, and his right to work, and to sell and acquire property, and engage in any lawful business and his or her reputation, health and capacity to locomotion, and his or her right to enjoy the senses of sight, smell, hearing, and taste, and his and their right to labor and property, no man is presumed to part with either without receiving or expecting an equivalent in value or compensation one considers to be just. Hence, whenever one person has obtained either the labor or property of another, he should be obligated to pay or account therefore, unless he can prove it was a gift, and so, whatever injury one person dose to another's property or capacity to labor should be made good". - Treatise on Suits in Chancery, Henry Gibson.

I verify under penalty of perjury under the laws of the United States of America that the above motion and Petition is true and correct with full knowledge of the facts provided herein and that both beneficial owners are of age 25 and of sound mind.

Witness: _[signature]_          Witness: _[signature]_
Date: June 20, 2022              Date: June 20, 2022

Page 1-12

powers of appointments
to executor/official of
Clerk of court, assignee,
appointee and promissor for
the benefit of beneficial owner

Private American Samuel
June 20, 2022

favor of Appointment

I appoint clerk of District court and assign all m rights to the contract to perform with notice of waiver to expidite resolution,

Pedro, Kin Elizalde